UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-                                                 18-CR-00848 (JSR)

DERICK MURPHY,

                    Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

DERICK MURPHY,

                  Petitioner,

       -against-                                   21-CV-00112 (JSR)(SN)

                                                         **ORDER**

UNITED STATES OF AMERICA,

                  Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On June 14, 2021, the Court received a letter from the Petitioner, dated June 3, 2021, indicating that he was transferred to a different facility, held in quarantine for two weeks, and has been unable to access his relevant paperwork pertaining to his petition or to access the law library. Accordingly, in light of the presented circumstances and his *pro se* status, the Court GRANTS the Petitioner's request for an extension in which to reply to the Government's Opposition. The Petitioner shall file his reply by August 17, 2021. Respectfully, the Clerk of Court is directed to mail a copy of this Order to the Petitioner.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

Dated: June 15, 2021
        New York, New York

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/15/2021*