UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

DERICK MURPHY,

        Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

DERICK MURPHY,

        Petitioner,

        -against-

UNITED STATES OF AMERICA,

        Respondent.

-----------------------------------------------------------------X

18-CR-00848 (JSR)

21-CV-00112 (JSR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      On June 15, 2021, the Court granted Petitioner's request for an extension in which to reply to the Government's Opposition, extending his deadline to file a reply to August 17, 2021. See ECF No. 16. Petitioner has not filed a reply. Petitioner is granted an extension of time to file his reply brief no later than October 1, 2021.

      Additionally, the Court has conducted a brief search, and Petitioner does not currently appear to be in Bureau of Prisons custody or at the Essex County Jail. Petitioner is reminded that he should file a Notice of Change of Address Form with the Court if his mailing address has changed. A copy of the form is attached.

      Respondent is directed to file a letter with the Court by August 31, 2021, containing Petitioner's most recent mailing address, if known to Respondent. Respectfully, the Clerk of

Court is directed to mail a copy of this Order and the Notice of Change of Address Form to the Petitioner at his current mailing address.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: August 26, 2021
       New York, New York

IH-34                                                                                                                      Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

_____CV_____ (_____)(_____)

-against-

NOTICE OF CHANGE OF ADDRESS

_____

(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

_____
Name (Last, First, MI)

_____
Address            City            State            Zip Code

_____
Telephone Number          E-mail Address (if available)

_____
Date                      Signature